mo FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 0 4 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY______________ DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

PATRICK E. CHAPMAN
Assistant United States Attorney
Arizona State Bar No. 025407
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Patrick.Chapman@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Rogelio Rodriguez Quintero,<br>(Counts 1 – 2)<br>2. Marcos Canales Quintero,<br>(Counts 1 – 15)<br>3. Gabriela Cigala,<br>(Counts 3 – 15)<br><br>Defendants. | No. CR 26-1355-PHX-DJH (ASB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 371<br>(Conspiracy)<br>Count 1<br><br>18 U.S.C. §§ 922(a)(1)(A), 923, 924(a)(1)(D)<br>(Dealing in Firearms Without a License)<br>Count 2<br><br>18 U.S.C. §§ 922(a)(6), 924(a)(2), & 2<br>(Material False Statement During the Purchase of a Firearm, Aid and Abet)<br>Counts 3 – 15<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. § 853; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

*Introduction*

1. Only licensed firearms importers, manufacturers, or dealers may engage in the business of dealing in firearms. Such licensed dealers are referred to as Federal

Firearms Licensees, or FFLs.

2. At all times relevant to this indictment, Defendants ROGELIO RODRIGUEZ QUINTERO and MARCOS CANALES QUINTERO were not licensed under the provisions of Chapter 44 of Title 18, United Code to deal in firearms.

*Conspiracy to Commit Dealing Firearms Without a License*

3. From on or about September 5, 2022 to on or about April 12, 2025, in the District of Arizona and elsewhere, Defendants ROGELIO RODRIGUEZ QUINTERO and MARCOS CANALES QUINTERO did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit the offense of Dealing Firearms Without a License, in violation of Title 18, United States Code, Section 924(a)(1)(A), against the United States.

*Purpose of the Conspiracy*

4. The purpose of the conspiracy was to repeatedly purchase firearms from FFLs in the District of Arizona and then resell the firearms in Mexicali, Baja California, Mexico and elsewhere for a profit. Defendants ROGELIO RODRIGUEZ QUINTERO and MARCOS CANALES QUINTERO were not licensed to deal in firearms under the provisions of Chapter 44 of Title 18, United States Code.

*Method and Means of Conspiracy*

5. The means and method employed by Defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

a. It was part of the conspiracy that Defendants and co-conspirators would buy firearms from licensed dealers in the District of Arizona.

b. It was further part of the conspiracy that Defendants and co-conspirators would buy multiple firearms of similar make, model, and caliber.

c. It was further part of the conspiracy that Defendants would solicit buyers for the firearms in Mexico and elsewhere and take preorders for them.

d. It was further part of the conspiracy that Defendant ROGELIO RODRIGUEZ QUINTERO would solicit prepayment from buyers for the

firearms.

e. It was further part of the conspiracy that Defendants ROGELIO RODRIGUEZ QUINTERO and MARCOS CANALES QUINTERO, who did not have a license to deal in firearms under the provisions of Chapter 44 of Title 18, United States Code, would coordinate and conduct the unlawful smuggling of the firearms to Mexicali, Baja California, Mexico to resell for a profit.

f. It was further part of the conspiracy that the purchasing of firearms was undertaken by Defendants and co-conspirators with the knowledge and intent that the firearms would be resold for profit.

*Overt Acts*

6. In furtherance of the conspiracy, one or more Defendants and co-conspirators committed, or caused to be committed, the overt acts described below:

a. On December 4, 2022, Defendant MARCOS CANALES QUINTERO purchased one Glock 42 .380 caliber pistol from FFL Alpha Dog Firearms in Tempe, Arizona.

b. On December 5, 2022, Defendant MARCOS CANALES QUINTERO purchased one Glock 42 .380 caliber pistol from FFL Arizona Firearms & Accessories in Tempe, Arizona.

c. On December 7, 2022, Defendant MARCOS CANALES QUINTERO purchased one Glock 17 9mm pistol from FFL AJI Sports in Apache Junction, Arizona.

d. On December 10, 2022, Defendant MARCOS CANALES QUINTERO purchased one Glock 42 .380 caliber pistol from FFL AJI Sports in Apache Junction, Arizona.

e. On December 30, 2022, Defendant ROGELIO RODRIGUEZ QUINTERO purchased one Beretta M9 .22 caliber pistol from FFL Firearms Unknown in Yuma, Arizona.

f. The same day, Defendant ROGELIO RODRIGUEZ QUINTERO purchased one Beretta M9 .22 caliber pistol and one Ruger LCP Max .380 caliber pistol from FFL Sportsman's Warehouse in Yuma, Arizona.

g. The same day, Defendant ROGELIO RODRIGUEZ QUINTERO's cellular phone showed activity in a residential area in Mexicali, Baja California, Mexico.

h. On December 13, 2023, Defendant ROGELIO RODRIGUEZ QUINTERO purchased one Ruger Security 380 pistol from FFL C-A-L Ranch Stores in Yuma, Arizona.

i. On December 14, 2023, Defendant ROGELIO RODRIGUEZ QUINTERO purchased one Smith & Wesson M&P Shield .380 caliber pistol from FFL Sprague's Sports in Yuma, Arizona.

j. The same day, Defendant ROGELIO RODRIGUEZ QUINTERO purchased one Smith & Wesson M&P Shield .380 caliber pistol from FFL Sportsman's Warehouse in Yuma, Arizona.

k. On December 21, 2023, Defendant ROGELIO RODRIGUEZ QUINTERO purchased one Ruger Security 380 pistol from FFL Bass Pro Shops in Mesa, Arizona.

l. The same day, Defendant ROGELIO RODRIGUEZ QUINTERO purchased one Ruger Security 380 pistol from FFL Alpha Dog Firearms in Tempe, Arizona.

m. On April 12, 2025, Defendant ROGELIO RODRIGUEZ QUINTERO purchased one FNH SCAR 17 rifle from FFL Alpha Dog Firearms in Tempe, Arizona.

All in in violation of Title 18, United States Code, Section 371.

**COUNT 2**

7. On or between about September 5, 2022 to April 12, 2025, in the District of Arizona and elsewhere, Defendants ROGELIO RODRIGUEZ QUINTERO and MARCOS

CANALES QUINTERO, not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNTS 3 – 15**

8. On or about the dates listed below, in the District of Arizona, Defendant GABRIELA CIGALA knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the businesses, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant GABRIELA CIGALA did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating she was the actual transferee/buyer, whereas in truth and fact, she was purchasing the firearms on behalf of Defendant MARCOS CANALES QUINTERO:

| Count | Date | Business (Location) |
|---|---|---|
| 3. | 3/1/2023 | Bass Pro Shops (Mesa, AZ) |
| 4. | 3/6/2023 | Sportsman's Warehouse (Mesa, AZ) |
| 5. | 3/7/2023 | Alpha Dog Firearms (Tempe, AZ) |
| 6. | 3/10/2023 | Alpha Dog Firearms (Tempe, AZ) |
| 7. | 3/10/2023 | Bass Pro Shops (Mesa, AZ) |
| 8. | 3/14/2023 | Sportsman's Warehouse (Mesa, AZ) |

| | | |
|---|---|---|
| 9. | 3/15/2023 | Bass Pro Shops (Mesa, AZ) |
| 10. | 3/16/2023 | Cabela's (Glendale, AZ) |
| 11. | 3/18/2023 | Sportsman's Warehouse (Mesa, AZ) |
| 12. | 3/20/2023 | AJI Sports (Apache Junction, AZ) |
| 13. | 3/20/2023 | Liberty Pawn (Mesa, AZ) |
| 14. | 3/21/2023 | AJI Sports (Apache Junction, AZ) |
| 15. | 3/21/2023 | Alpha Dog Firearms (Tempe, AZ) |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**FORFEITURE ALLEGATION**

9. The Grand Jury realleges and incorporates the allegations in Counts 1 – 15 of this Indictment, which are incorporated by reference as though fully set forth herein.

10. Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Counts 1 – 15 of this Indictment, Defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any of Defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses as to which property Defendants are liable. If any forfeitable property, as a result of any act or omission of Defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendants up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

11. All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: November 4, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
PATRICK E. CHAPMAN
Assistant U.S. Attorney